## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 11-20112-CR-GRAHAM/GOODMAN

UNITED STATES OF AMERICA,

v.

CIRO MARTINEZ,

      Defendant.

_____/

### REPORT AND RECOMMENDATIONS
### ON RESTITUTION FOR CIRO MARTINEZ

THIS MATTER is before the Court upon the district court's order of reference for a report and recommendations with respect to "matters regarding restitution."  (DE 301.) The Court scheduled a restitution hearing for October 12, 2011, however, on October 7, 2011, the United States informed the Court that the parties reached an agreement regarding restitution (DE 348) and uploaded a copy of the agreement on the electronic docket (DE 348-1).

Under the restitution statute, "Any *dispute* as to the proper amount or type of restitution shall be resolved by the court by the preponderance of the evidence." 18 U.S.C. § 3664(e) (emphasis added).  However, the court is not required to hold a hearing and "need not make specific factual findings unless the restitution amount is disputed."  *United States v. Gabriele*, 24 F.3d 68, 72 (10th Cir. 1994).

The amount of restitution that the Defendant owes is no longer disputed.  The Court cancelled the previously scheduled restitution hearing because it is not necessary for the sentencing court to make factual findings regarding restitution when, as here, there is no dispute at to the amount or type of restitution.  Accordingly, the Court

**respectfully recommends** that the district court enter an amended judgment to include the restitution amounts that the Defendant stipulated to in his agreement with the United States regarding restitution.  (See DE 348-1).

Because this recommendation represents the joint agreement of the United States and the Defendant, the parties have three (3) days to file objections, if any, to this Report with the district court.

**RESPECTFULLY RECOMMENDED** in Chambers, at Miami, Florida, this 11th day of October, 2011.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Hon. Donald L. Graham
All counsel of record